IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

VICTOR SHANE VICKERS                                                                                              PLAINTIFF

v.                                    Civil No. 4:24-cv-4014

CHIEF OF POLICE ORLANDO DENNIS,
Stamps Police Department, Stamps, Arkansas;
FORMER SHERIFF OBIE SIMMS, Lafayette
County, Arkansas; SHERIFF JEFF BLACK,
Lafayette County, Arkansas; and JOHN DOE, Chief
of Detention, Lafayette County Detention Center                                                          DEFENDANTS

**ORDER**

In the Order (ECF No. 3) entered on February 9, 2024, the Court failed to list as Defendants two individuals included as Defendants in the Complaint. Specifically, the Court failed to list Theardis Early, Retired Jail Administrator, Lafayette County Detention Center and Rami Cox, Jail Administrator, Lafayette County Detention Center. (ECF No. 1 at 3).

The Clerk is directed to add these two individuals as Defendants in this case.

IT IS SO ORDERED this 12th day of February 2024.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE