IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

VICTOR SHANE VICKERS                                                                                    PLAINTIFF

v.                                        Case No. 4:24-cv-4014

CHIEF OF POLICE ORLANDO
DENNIS, *et al*.                                                                                         DEFENDANTS

**<u>ORDER</u>**

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 8. After screening Plaintiff's *pro se* 42 U.S.C. § 1983 claims pursuant to 28 U.S.C. § 1915A(a), Judge Bryant recommends that: 1) Plaintiff's Claims 1, 2, and 3 against all Defendants be dismissed for failure to state a claim, 2) Plaintiff's official capacity claims against all Defendants be dismissed for failure to state a claim, and 3) the Court decline to exercise supplemental jurisdiction over Plaintiff's state law claim.

Plaintiff has not objected to the R&R and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the R&R (ECF No. 8) *in toto*. Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**. Plaintiff's Motion to Stay[1] (ECF No. 9) is hereby **DENIED** as **MOOT**.

**IT IS SO ORDERED**, this 10th day of May, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1] Plaintiff sought to stay this matter because he could not obtain relief for his § 1983 claims until certain state proceedings had been exhausted. ECF No. 9. Because the Court has determined that Plaintiff failed to sufficiently allege his § 1983 claims, his request to stay this matter is moot.